IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01961-RPM

FRANK C. EVANS, JR.,

    Plaintiff,

v.

MERCER HEALTH AND BENEFITS LLC, a/k/a Mercer Companies,

    Defendant.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


    Mercer's Unopposed Motion to Reschedule the Scheduling Conference Now Set for January 9, 2009 [7], is granted. The conference is rescheduled for **January 23, 2009, at 3:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The proposed scheduling order must be submitted in paper form directly to chambers by **4:00 p.m. on January 15, 2009.**


DATED: December 12, 2008