IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01961-RPM

FRANK C. EVANS, JR.,

    Plaintiff,

v.

MERCER HEALTH AND BENEFITS LLC, a/k/a Mercer Companies,

    Defendant.

---

ORDER GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT AND TO DISMISS DEFENDANT MERCER

---

    Upon consideration of Plaintiff Evans' Unopposed Motion to file First Amended Complaint and to Dismiss Defendant Mercer, it is

    ORDERED that Defendant Mercer Health and Benefits LLC, a/k/a Mercer Companies, is dismissed with prejudice, each party to pay their own costs and attorney fees.  It is

    FURTHER ORDERED that the First Amended Complaint [#12-2] is accepted for filing.

    Dated:   September 21st, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge