IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01961-RPM

FRANK C. EVANS, JR.,

    Plaintiff,

v.

MERCER HEALTH AND BENEFITS LLC, a/k/a Mercer Companies,

    Defendant.

---

## ORDER FOR STATUS REPORT

---

On January 23, 2009, a scheduling conference was held. At that time, counsel anticipated settlement but agreed to submit stipulated facts if no settlement is reached. On September 21, 2009, a First Amended Complaint was filed. No additional pleadings have been filed to date and it is now

ORDERED that counsel will file a status report in this matter on or before February 10, 2010.

Dated: January 27th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge