IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01961-RPM

FRANK C. EVANS, JR.,

    Plaintiff,

v.

MERCER HEALTH AND BENEFITS LLC, a/k/a Mercer Companies,

    Defendant.

---

ORDER FOR DISMISSAL

---

On January 27, 2010, this Court entered an order for counsel to file a status report on or before February 10, 2010. No additional pleadings have been filed to date and it is now

ORDERED that the First Amended Complaint is dismissed without prejudice.

Dated:    April 22nd, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge